1 André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
2 KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Ste 1500
3 Glendale, California 91203-1904
Telephone: (818) 547-5000
4 Facsimile: (818) 547-5329

5 Glen Robert Bregman, Esq.  State Bar No. 100363
glenbregmanlaw@aol.com
6 LAW OFFICES OF GLEN ROBERT BREGMAN
16633 Ventura Boulevard, Suite 1240
7 Encino, CA  91436
Telephone: (818) 981-9793
8 Facsimile: (818) 981-9807

9 Michael S. Duberchin, Esq. (State Bar No. 108338
msdlaw@earthlink.net
10 LAW OFFICES OF MICHAEL S. DUBERCHIN
500 North Brand Boulevard, 20th Floor
11 Glendale, California 91203-1904
Telephone: (818) 246-8487
12 Facsimile: (818) 246-6277

13 Attorneys for Plaintiffs
DANIEL FORRAND, ARA KARAMIAN,
14 YVETTE GREEN and EUGENE COLON, on
behalf of themselves and all others similarly situated

15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FORRAND, ARA KARAMIAN, YVETTE GREEN and EUGENE COLON, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | NO.   CV08-1360 DSF (PJWx)<br><br>Date:              February 9, 2009<br>Time:              1:30 p.m.<br>Ctrm:              840<br><br>Judge:       The Hon. Dale S. Fischer<br>Trial Date:                   6/16/2009<br><br>DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

KNAPP,
PETERSEN
& CLARKE

-1-

609777.1  08000/00863

## DECLARATION OF ANDRÉ E. JARDINI

I, André E. Jardini, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice in this court. I am a member of the law firm of Knapp, Petersen & Clarke, counsel of record for plaintiffs herein. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. Defendant FEDERAL EXPRESS CORPORATION ("FedEx") is a major U.S. corporation, with a workforce of more than 290,000 worldwide and annual revenues of $38 billion. This information was taken from the FedEx website, a true and correct copy is attached hereto as exhibit 1.

3. Throughout the class period, FedEx has employed 21,244 hourly employees in California. Attached hereto as exhibit 2 is a true and correct copy of a Report of Hourly Employees In California, produced by FedEx during discovery.

4. Attached hereto as exhibit 3 is a true and correct copy of relevant portions of the Federal Express People Manual dated June 2006.

5. Attached hereto as exhibit 4 is the Declaration of Daniel Forrand in support of plaintiffs' motion for class certification.

6. Attached hereto as exhibit 5 are relevant portions of the Deposition of Daniel Forrand, taken August 27, 2008.

7. Attached hereto as exhibit 6 are Plaintiff Daniel Forrand's Responses to Defendant's Request for Production of Documents, Set One.

8. Attached hereto as exhibit 7 is the Declaration of Yvette Green in support of plaintiffs' motion for class certification.

9. Attached hereto as exhibit 8 are relevant portions of the Deposition of Yvette Green, taken September 29, 2008.

10. Attached hereto as exhibit 9 is the Declaration of Ara Karamian in support of plaintiffs' motion for class certification.

-2-

609777.1 08000/00863

11. Attached hereto as exhibit 10 are relevant portions of the Deposition of Ara Karamian, taken August 28, 2008.

12. Attached hereto as exhibit 11 is the Declaration of Ara Karamian in Support of Plaintiffs' Opposition to Federal Express's Motion for Summary Judgment filed in *Foster v. FedEx*, case no. BC282300, filed September 27, 2002.

13. Attached hereto as exhibit 12 is a true and correct copy of the Complaint filed in *Foster v. FedEx*, case no. BC282300.

14. Attached hereto as exhibit 13 is a true and correct copy of the Declaration of Jack Foster filed in support of the plaintiffs' motion for summary adjudication in *Foster v. FedEx*, case no. BC282300.

15. Attached hereto as exhibit 14 is a true and correct copy of the Declaration of Richard Drogin, Ph.D. filed in *Foster v. FedEx*, case no. BC282300.

16. Attached hereto as exhibit 15 is the *Foster v. FedEx* court's Ruling on Motion for Class Certification, filed December 8, 2004.

17. Attached hereto as exhibit 16 are relevant portions of the deposition of John Chisum, project administrator in the business systems division of FedEx, who testified concerning the use of the METEOR timecard system. This deposition was taken in connection with a previous case brought against FedEx entitled *Clausnitzer v. FedEx*, Florida Case No. 06-21451-CIV.

18. Attached hereto as exhibit 17 are relevant portions of the deposition of Sean Healy taken in connection with a previous case brought aon behalf of a class of employees against FedEx entitled *Clausnitzer v. FedEx*, Florida Case No. 06-21451-CIV. Mr. Healy testified concerning the changes implemented at FedEx in April of 2006 concerning the new policy of paying employees from their actual clock-in time instead of from the scheduled start time.

19. I have practiced law, principally as a litigation attorney, in California, since 1976. I have a bachelor of arts degree from the University of Notre Dame, granted in 1973. I graduated from Hastings College of Law in 1976. I have also

-3-

609777.1 08000/00863

been admitted to practice before the United States District Court for the Central District of California, as well as in the Southern District, Northern District, and Eastern District. I am admitted to practice and have appeared before the Ninth Circuit Court of Appeal.

20. I served as a law clerk to the Honorable Robert Firth of the United States District Court, Central District of California, in 1977 and 1978. My first experience in class action litigation was during that period concerning litigation and settlement of a number of important class actions pending before Judge Firth.

21. My experience with class action litigation continued immediately in my first employment after my clerkship. I was one of the handling attorneys in connection with the case of *Sullivan v. State Farm Mutual Automobile Ins. Co.*, pending in Superior Court in San Diego, alleging that my client, State Farm, had systematically defrauded policyholders by insisting upon reimbursement of medical payments by provisions which were inserted, without notice, in later-acquired insurance policies.

22. My work on the Sullivan case continued during the initial years of my employment at Knapp, Petersen & Clarke.

23. I have been employed at Knapp, Petersen & Clarke since its inception as a law firm in 1981. My practice consists predominantly of trial work. I have tried more than 50 jury trials to conclusion during my tenure with the firm. I am a member of the American Board of Trial Advocates, a membership which requires substantial trial experience. (Attached as exhibit 13 to exhibits in support of motion for class certification is a partial listing of my trial experience from 1986 to the present.)

24. I was counsel for the certified plaintiff class of approximately 13,000 current and former employees of Federal Express in the case known as Foster v. FedEx, settled in the Superior Court of the State of California for the County of Los Angeles and bearing number BC282300. FedEx courier and service agent

KNAPP, PETERSEN & CLARKE

-4-

609777.1 08000/00863

employees had been systematically deprived of earned compensation. The action was settled for $30 million.

25. I am currently counsel for plaintiffs (or have recently settled) a number of other class action proceedings. Property tax reassessment class actions are currently pending against assessment practices in each of Los Angeles County and Orange County. Other class actions involve matters against APT Ambulance Company, Corinthian Schools, American Airlines, Allstate Cellular, Sabatino/Day, Verizon, Federal Express, ABM Security Services, CPI, Inc., T-Mobile, CVS Pharmacies, Fannie Mae, Hyatt and Getronics.

26. I also successfully negotiated a settlement in a class action entitled, *Robertson v. Novastar Mortgage, Inc.* and *Novastar Home Mortgage, Inc.*, Case No. CV 04-084444-NM (Ctx) pending in the United States District Court for the Central District of California.

27. The foregoing are all matters that are personally being handled by myself. Among my partners at the firm, a number of other class action proceedings are currently pending. It is fair to conclude that Knapp, Petersen & Clarke has substantial credible experience in class action litigation in both state and federal courts.

28. I also have substantial experience in employment litigation and wage-and-hour litigation. Among the cases I have tried, two involve the appropriate exemption status of an employee, one case for the employer and one case for the employee. Also, I concluded a settlement for our client who was the subject of race discrimination at the hands of a life insurance company for payment of $2,500,000.

29. As a mid-sized law firm, with a number of attorneys and support staff experienced in employment law, including wage and hour cases, Knapp, Petersen & Clarke is able to commit sufficient resources to handle this case.

1     I declare under penalty of perjury under the laws of the State of California that
2 the foregoing is true and correct.
3     Executed this 10th day of November, 2008, at Glendale, California.

_____
Andre E. Jardini

609777.1 08000/00863