UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAR 02 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL FORRAND, on behalf of himself, and all others similarly situated; et al.,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>ARA KARAMIAN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>    Defendant - Appellee. | No. 09-55543<br><br>D.C. No. 2:08-cv-01360-DSF-PJW<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |



The mandate issued on January 13, 2011 is recalled as issued in error.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court
/s/
Theresa Benitez
Deputy Clerk